**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| YOLANDA SCOTT | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:09CV00911   SWW |
| ARKANSAS STATE CRIME LAB, ET AL. | * | |
| | * | |
| | * | |

## ORDER

Before the Court is the parties' joint motion for an extension of the discovery and motions deadlines (docket entry #10). The Court finds good cause to extend the dispositive motions deadline to October 4, 2010. However, extended discovery may proceed without Court action. In accordance with the Court's final scheduling order, the parties may conduct discovery beyond the discovery deadline established by the Court if all parties are in agreement to do so. Accordingly, the joint motion for an extension of time (docket entry #10) is GRANTED to the extent that dispositive motions deadline is extended up to and including October 4, 2010.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE