# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| YOLANDA SCOTT | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:09CV00911  SWW |
| | * | |
| | * | |
| ARKANSAS STATE CRIME LAB; | * | |
| KERMIT B. CHANNELL, II; and RAY | * | |
| HARRISON | * | |
| | * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF JANUARY, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE